UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Case No. 19-cr-20821-1
                                          Honorable Nancy G. Edmunds

vs.

D-1 Hussein Abdallah,

        Defendant.

---

## AMENDED PRELIMINARY ORDER OF FORFEITURE

---

On May 23, 2023, the Court issued a Stipulated Preliminary Order of Forfeiture ordering the forfeiture of specific items, including but not limited to the following real property:

- Real Property located at 5695-5696 Rouge Circle, Dearborn Heights, MI more fully described as:

  North 5 feet of Lot 99 and all of Lot 100 except North 5 feet as platted and 53 feet of adjacent vacated Park Avenue, Belmont Park Subdivision, as recorded in Liber 50, Page 31, Wayne County Records.

  Commonly known as: 5695 Rouge Circle, Dearborn Heights, MI 48127

  Parcel I.D. #33-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-002

(ECF No. 335, PageID.2184).

The government has since learned that there was a clerical error in the description of the real property. The correct description for the real property is:

- Real Property commonly known as 5696 Rouge Circle, Dearborn Heights, Michigan 48127 and more fully described as:

    North 5 feet of Lot 99 and all of Lot 100 except North 5 feet as platted and 53 feet of adjacent vacated Park Avenue, Belmont Park Subdivision, as recorded in Liber 50, Page 31, Wayne County Records

    Commonly known as: 5696 Rouge Circle, Dearborn Heights, MI 48127

    Parcel I.D. #33-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-002.

Based on the foregoing, the Government's Application, the record in this case, and Federal Rule of Criminal Procedure 36, the Court grants the Government's Application and Orders that the description of real property in paragraph 2 above shall replace the description of the real property in the Stipulated Preliminary Order of Forfeiture at ECF No. 335, PageID.2184. All other provisions of the Stipulated Preliminary Order of Forfeiture at ECF No. 335 remain in effect and the Stipulation shall not be modified in any other way.

The Court shall retain jurisdiction to enforce the Stipulated Preliminary Order

of Forfeiture, as amended, and to further amend the order as necessary, under Federal Rule of Criminal Procedure 32.2(e).

    **IT IS SO ORDERED.**

s/Nancy G. Edmunds  
NANCY G. EDMUNDS  
UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager
